IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

|                              |     |                      |
|------------------------------|-----|----------------------|
| GARRETT MEADE,               | )   |                      |
|                              | )   |                      |
|     Plaintiff,       | )   |                      |
|                              | )   |                      |
| vs.                          | )   | No. 13-2939-JTF-tmp  |
|                              | )   |                      |
| LEADING EDGE RECOVERY        | )   |                      |
| SOLUTIONS,                   | )   |                      |
|                              | )   |                      |
|                              | )   |                      |
|     Defendant.        | )   |                      |

---

ORDER ADOPTING THE MAGISTRATE'S AMENDED REPORT AND
RECOMMENDATION AND ORDER DISMISSING CASE

---

Before the Court is the Plaintiff's complaint filed on December 2, 2013 pursuant to the Fair Debt Collections Procedures Act, 15 U.S.C. §1692(e). On December 3, 2013, the matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b). (DE #4). On December 5, 2013, in screening the complaint pursuant to 28 U.S.C §1915(e)(2)(B), the Magistrate granted Meade permission to proceed *in forma pauperis,* (DE #5), but on the same day, entered a report and recommendation that the complaint be dismissed *sua sponte* for failure to state a claim upon which relief may be granted. (DE #6). No objections have been filed by Plaintiff.[1]

The Court has reviewed *de novo* the record including the

---

[1] Objections to a Magistrate Judge's Report and Recommendation are to be submitted to the Court within fourteen (14) days of service of a copy of the Report and Recommendation pursuant to Fed. Rule Civ. P. 72(b)(2). Failure to file any written objections constitutes a waiver.

complaint and the Magistrate's report and recommendation. The Court agrees with the report that the complaint has failed to assert any allegations of a *prima facie* case required pursuant to 15 U.S.C. §§ 1692e(2)(A) and (10).  For this reason, the Magistrate's report and recommendation is ADOPTED and the complaint DISMISSED *sua sponte* pursuant to 28 U.S.C. §1915 (e)(2)(B)(ii) and Fed. Rule Civ. P. 12(b)(6).

IT is SO ORDERED on this 20th day of December, 2013.


***s/John T. Fowlkes, Jr.***
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE